Louis J. Shudnow, Trading as Reliable Skee Ball Company, Appellant, v. City of Chicago et al., Appellees.

Gen. No. 44,622.

opinion filed October 21, 1949; released for publication November 4, 1949. Harry G. Fins and H. Leo Neiburger, for appellant; Benjamin S. Adamowski, Corporation Counsel, for appellees; Martin H. Foss, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full.

People of State of Illinois, Defendant in Error, v. Walter Liss, Plaintiff in Error.

Gen. No. 44,847.

opinion filed October 26, 1949; rehearing denied November 9, 1949; released for publication November 10, 1949. Max Lurie, for plaintiff in error; John S. Boyle, State's Attorney, for defendant in error; John T. Gallagher and John J. Cogan, Assistant State's Attorneys, of counsel. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.